**Denied and Opinion Filed January 21, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01344-CV

### IN RE OLAFALLART GIPON AND JENNIFER GIPON, Relators

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00584**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Molberg

Before the Court is relator's November 4, 2019 petition for writ of mandamus complaining about the trial court's dismissal of their amended motion to modify the parent-child relationship. In their petition, relators request this Court to order the trial court to return the children to relators, instruct the trial court to reinstate the case, and instruct the trial court to apply the correct law in relator's motion to modify. To be entitled to mandamus relief, relator must show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and mandamus record, we conclude relators have failed to show they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief

sought).

/Ken Molberg//
KEN MOLBERG
JUSTICE

191344f.p05